IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–89–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TIMOTHY WAYNE CONTRERAZ, JR., | |
| Defendant. | |

On March 17, 2021, Defendant Timothy Wayne Contreraz, Jr. filed a Motion to Suppress. (Doc. 22.) Contreraz informed the Court that the Government objected to the motion. (*Id.*) The Court's scheduling order provided the Government with seven calendar days[1] to file any response. (Doc. 15 at 6 *as modified by* Doc. 19 at 3.) Seven days have now come and gone. Accordingly,

IT IS ORDERED that the Government shall file a notice with the Court on or before close of business on March 30, 2021. In this notice, the Government shall indicate whether the motion is opposed and whether it intends to file a response. The Court will entertain an appropriate motion for an extension of the Government's brief up until close of business on March 30, 2021.

---

[1] Seven calendar days is shorter than the Court's typical allotment of 14 days for a response. This change was made given the somewhat truncated time between the Court's preliminary pretrial conference and the initial trial setting. At that conference, the Court called all parties' attention to the shorter response deadline.

1

DATED this 29th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court