IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY WAYNE CONTRERAZ, JR.,<br><br>Defendant. | CR 20–89–BLG–DLC<br><br><br>ORDER |

Before the Court is the Government's Unopposed Motion to Dismiss Forfeiture Allegation Contained in Indictment. (Doc. 44.) The Government explains that ATF has determined that the items seized in the case do not require judicial forfeiture and may be returned to their lawful owner. Accordingly,

IT IS ORDERED that the Government's motion (Doc. 44) is GRANTED. The forfeiture allegation contained in the Indictment is DISMISSED with prejudice.

DATED this 30th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1